UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:26-cv-00076

———

**Jason Walter Young,**
*Plaintiff,*

v.

**Jennifer Brown et al.,**
*Defendants.*

———

# ORDER

Plaintiff, an inmate proceeding pro se, brought this suit under 42 U.S.C. § 1983 without paying the filing fee. Doc. 1. The court referred the case to a magistrate judge, who order plaintiff to amend his complaint and either pay the filing fee or apply to proceed in forma pauperis. Doc. 2 at 5. Plaintiff failed to do so. Subsequently, the magistrate judge issued a report recommending that the court dismiss this case without prejudice for failure to comply with the court's orders and failure to prosecute. Doc. 5 at 2.

Plaintiff received the report on March 23, 2026, but did not file objections until April 29, 2026. Docs. 6, 7, 7-1. Plaintiff's objections are untimely. *See* Fed. R. Civ. P. 72(b)(2) (providing 14 days for objections); *Houston v. Lack*, 487 U.S. 266, 276 (1988) (explaining that a pro se prisoner's filing is deemed filed when delivered to prison officials for mailing).

Even if timely, the objections lack merit. The court reviews the objected-to portions of a magistrate judge's report and recommendation de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). "Parties filing objections must specifically identify those findings objected to." *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. Unit B 1982) (en banc), *overruled on other grounds by Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc). Furthermore, a party's entitlement to de novo review does not entitle it to raise arguments that were not presented to

the magistrate judge without a compelling reason. *See Cupit v. Whitley*, 28 F.3d 532, 535 & n.5 (5th Cir. 1994).

Plaintiff's objections do not address the report's reasons for recommending dismissal. Nor does plaintiff justify or state an intent to remedy his failure to comply with the court's orders. Rather, he objects that the magistrate judge "systematically oppressed" him and that he has been denied due process. Doc. 7 at 3. His objections and the record do not support those contentions. Plaintiff also complains of a lack of legal resources but ignores that the court provided him with appropriate forms to comply with the court's orders. *Id.*; Doc. 2 at 5.

Having reviewed the report de novo and being satisfied that it contains no error, the court overrules plaintiff's objections and accepts the report's findings and recommendations. The case is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on May 13, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 2 -